# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 23-00358-GBW-SRF |

## NOTICE OF LODGING

PLEASE TAKE NOTICE that, pursuant to the District of Delaware Standing Order for Objections Filed Under Fed. R. Civ. P. 72, Defendant Baxter Healthcare Corporation caused the following documents to be lodged with the Court.

| | | |
|---|---|---|
| 09/20/2023 | 17 | Motion for Judgment on the Pleadings and proposed order |
| 09/20/2023 | 18 | Opening Brief in Support of Motion for Judgment on the Pleadings |
| 10/18/2023 | 35 | Answering Brief in Opposition to Motion for Judgment on the Pleadings |
| 10/25/2023 | 47 | Reply Brief in further support of Motion for Judgment on the Pleadings |
| 11/03/2023 | 52 | Report and Recommendation on Motion for Judgment on the Pleadings |

- 2 -

OF COUNSEL:

Paul J. Molino
Kevin Warner
Katie A. Boda
Greg L. Goldblatt
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 527-2157

Dated: November 22, 2023
11174633

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendant Baxter Healthcare Corporation*