IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO USA, INC. AND ENDO OPERATIONS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 23-358-GBW-SRF<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

This action for patent infringement having been brought by Plaintiffs Endo USA, Inc. and Endo Operations Limited (collectively "Endo") against Defendant Baxter Healthcare Corporation ("Baxter").

Pursuant to Fed. R. Civ. P. 41, Endo and Baxter, by and through their undersigned counsel, hereby stipulate that:

1. All claims and defenses asserted by Endo and Baxter are dismissed without prejudice; and

2. Each party shall bear its own costs and attorneys' fees with respect to the matter dismissed hereby.

| | |
|---|---|
| */s/ Kaan Ekiner*<br>Kaan Ekiner (#5607)<br>COZEN O'CONNOR<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2046<br>kekiner@cozen.com | */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com |

OF COUNSEL:

W. Blake Coblentz
Aaron S. Lukas
Kerry B. McTigue
COZEN O'CONNOR
2001 M Street, N.W.
Suite 500
Washington, DC 20036

Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007

Madison McNulty
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103

*Attorneys for Plaintiffs Endo USA, Inc. and Endo Operations Limited*

OF COUNSEL:

Paul J. Molino
Kevin Warner
Katie A. Boda
Greg L. Goldblatt
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654

*Attorneys for Defendant Baxter Healthcare Corporation*

SO ORDERED

Dated: February 13, 2025

_____
HON. GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE